646

No. 941.  LADINSKY ET AL. *v.* UNITED STATES.  June 3, 1940.  Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied.  *Mr. George C. Dyer* for petitioners.  *Solicitor General Biddle* and *Mr. Webster Spates* for the United States.

No. 950.  ARROW DISTILLERIES, INC. *v.* ALEXANDER, ADMINISTRATOR.  June 3, 1940.  Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.  *Mr. Horace J. Donnelly, Jr.* for petitioner.  *Solicitor General Biddle, Assistant Attorney General Arnold,* and *Messrs. Robert L. Stern, Richard H. Demuth, Philip E. Buck,* and *Merton B. Tice* for respondent.

No. 954.  De COPPET ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.  June 3, 1940.  Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.  *Mr. Elden McFarland* for petitioners.  *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Arnold Raum;* and *Miss Helen R. Carloss* for respondent.

No. 956.  BALLARD *v.* ATCHISON, TOPEKA & SANTA FE RY. CO.  June 3, 1940.  Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.  *Mr. Walker Saulsbury* for petitioner.  *Messrs. Ballinger Mills, Grady B. Ross,* and *Thornton Hardie* for respondent.

No. 960.  ARN ET AL. *v.* BRADSHAW OIL & GAS CO. ET AL.  June 3, 1940.  Petition for writ of certiorari to